UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICCARDO TOLLIVER,

    Defendant.
_____/

Case No. 05-80369

Hon. George Caram Steeh

ORDER DENYING REQUEST FOR EARLY
TERMINATION OF SUPERVISED RELEASE (ECF NO. 344)

Defendant Riccardo Tolliver requests early termination of his period of supervised release. On May 26, 2021, the court granted Tolliver's motion for a reduction in sentence, reducing his term of incarceration from 384 months to time served (approximately 183 months). ECF No. 342. The court stated that "Tolliver's previously imposed conditions of supervised release are unchanged." *Id.*; ECF No. 278. Tolliver's sentence includes a three-year term of supervised release.

The court may terminate a term of supervised release after a defendant has served one year, after considering the relevant 18 U.S.C. § 3553(a) factors, it finds termination is warranted by the conduct of the defendant and the interests of justice. 18 U.S.C. § 3583(e)(1). "Early

termination of supervised release is a discretionary decision that is only warranted in cases where the defendant shows changed circumstances – such as exceptionally good behavior." *United States v. Atkin*, 38 Fed. Appx. 196, 198 (6th Cir. 2002) (citing *United States v. Lussier*, 104 F.3d 32, 36 (2d Cir. 1997)).

Tolliver states that he has "remained employed and trouble free" since his release and has successfully assimilated himself back into the community. The court appreciates and commends his efforts in this regard. However, "[f]ull compliance with the terms of supervised release is what is expected of a person under the magnifying glass of supervised release and does not warrant early termination." *United States v. Laughton*, 658 F. Supp. 3d 540, 544 (E.D. Mich. 2023) (citations omitted).

Without diminishing Tolliver's success, the court does not find the circumstances warrant early termination of his term of supervised release. Therefore, IT IS HEREBY ORDERED that his request is DENIED.

Dated: May 21, 2024

                                            s/George Caram Steeh
                                            HON. GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 21, 2024, by electronic and/or ordinary mail and also on Riccardo Tolliver, 859 W North Bend Road, Apt. 209, Cincinnati, OH 45224.

s/LaShawn Saulsberry
Deputy Clerk